**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 05-1692**

─────────────

WILFREDO GONZALEZ LORA,

                                    Plaintiff - Appellant,

          versus


THOMAS M. HOLLENHORST, Virginia AUSA, personal
and official capacity; WILLIAM FITZPATRICK,
Special Assistant U. S. Attorney, official and
personal capacity; EUGENE ROSSI, Special
Assistant U. S. Attorney; TIMOTHY MCGRATH,
Special Agent for the Drug Enforcement
Administration,    official    and    personal
capacity,

                                    Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-03-449-1)

─────────────

Submitted:  July 28, 2006          Decided:  August 24, 2006

─────────────

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Wilfredo Gonzalez Lora, Appellant Pro Se.  Leslie Bonner McClendon,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b), in which he sought reconsideration of the court's prior order dismissing his breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lora v. Hollenhorst, No. CA-03-449-1 (E.D. Va. filed May 24, 2005 & entered May 25, 2005). We deny Lora's motion to consolidate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED